AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Chan Xeunxom                    **JUDGMENT IN A CIVIL CASE**

      v.                                        Case Number: 11 C 3990

Village of Alsip, et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion to Dismiss is granted. All counts of Plaintiff's Complaint are dismissed with prejudice.

Thomas G. Bruton, Clerk of Court

Date: 7/19/2012                         _____

                                                  /s/ Wanda A. Parker, Deputy Clerk